UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert W. Keyser, Esquire
Taylor and Keyser LLC
89 Haddon Avenue,
Ste. B2
Haddonfield, NJ 08033
609 803 2180
Attorneys for Clearview Equities, LLC

In Re:
James Roberts, Jr.

Case No.: 17-35403
Chapter: 13
Adv. No.:
Hearing Date: November 19, 2019
Judge: Michael B. Kaplan

## CERTIFICATION OF SERVICE

1. I, _____Robert W. Keyser_____ :

   ☒ represent _____the Movant_____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _____October 23, 2019_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Motion for Relief from Automatic Stay, Notice of Motion, Certification in Support of Motion, and proposed Order for Relief from Stay

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 10/23/2019

/s/ Robert W Keyser
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Alan I. Gorski, Esquire<br>Gorski & Knowlton PC<br>311 Whitehorse Avenue<br>Suite A<br>Hamilton, NJ 08610 | Attorney for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other VIA NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| James Roberts, Jr.<br>127 Meriline Avenue<br>Lawrence, NJ 08648 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Russo<br>Chapter 13 Standing Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Chapter 13 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other VIA NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Office of the US Trustee<br>US Dept. of Justice<br>One Newark Center, Ste 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other VIA NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Francis J. Ballak, Esquire<br>Goldenberg Mackler Sayegh Mintz Pfeffer Bonchi & Gill<br>660 New Road, Ste. 1A<br>Northfield, NJ 08225 | Attorneys for City of Trenton | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other VIA NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |